**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-2998-CMA-NYW

RIJAEL KLEIMAN,

       Plaintiff,

v.

COMCAST HOLDINGS CORPORATION,

       Defendant.

___

**MINUTE ORDER**

___

Entered By Magistrate Judge Nina. Y. Wang

       This civil action comes before the court on Defendant Comcast Holdings Corporation's Motion to Stay. [#25, filed on May 15, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated January 23, 2015 [#15] and memorandum dated June 5, 2015 [#27].

       IT IS ORDERED that in light of the Parties' Stipulation to Stay the case for 90 days [#26], the Motion to Stay is GRANTED IN PART:

1. The case is stayed up to and including **September 8, 2015**;

2. A Status Conference is scheduled for **September 17, 2015 at 9:00 a.m.** in Courtroom C-205, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado;

3. The Parties shall file a Joint Status Report on or before **September 9, 2015**, apprising the court of the status of the relevant administrative proceedings pending before the Federal Communications Commission.

DATED: June 10, 2015