**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02998-CMA-NYW

Rijael Kleiman,

    Plaintiff/Movant,

Comcast Holdings Corporation,

    Defendant.

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Rijael Kleiman | Comcast Holdings Corporation |
|---|---|
|    */s/ Jenny DeFrancisco* |    */s/ Brynne S. Madway* |
| Jenny DeFrancisco, Esq. | Brynne S. Madway, Esq. |
| Lemberg Law, LLC | Drinker Biddle & Reath LLP |
| 1100 Summer Street, Third Floor | One Logan Square, Suite 2000 |
| Stamford, CT 06905 | Philadelphia, PA 19103-6996 |
| Telephone: (203) 653-2250 | Telephone: (215) 988-2928 |
| jdefrancisco@lemberglaw.com | brynne.madway@dbr.com |
| Attorneys for Plaintiff | Attorney for Defendant |

_____

SO ORDERED

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 23, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By */s/ Jenny DeFrancisco*
                  Jenny DeFrancisco, Esq.